O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

JS - 6

Case No.    ED CV 08-01838-SGL(JTLx)                              Date:  January 29, 2009

Title:     RAMON FLORES -v- DEUTSCHE BANK TRUST COMPANY, ET AL.
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                        None present

PROCEEDINGS:    IN CHAMBERS (No Proceedings Held)

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (DOCKET # 6);
ORDER VACATING FEBRUARY 9, 2009, HEARING

On December 19, 2008, defendants filed a motion to dismiss all the claims in the complaint. The caption on defendants' motions showed that the hearing on them was noticed for March 23, 2009.  The Court thereafter re-scheduled the hearing on the motion to February 9, 2009.  In the order re-scheduling the matter to the present hearing date, plaintiff was specifically apprised that he had until January 26, 2009, to file an opposition to the motion to dismiss.

This district's Local Rules provide that "[e]ach opposing party shall, not later than ten (10) days after service of the motion in the instance of a new trial motion and not later than fourteen (14) days before the date designated for the hearing of the motion in all other instances." See Local Rule 7-9.  Accordingly, plaintiff had until January 26, 2009, to file an opposition to defendants' motion to dismiss.  The time for plaintiff to file his opposition has come and gone without him doing so.

Plaintiff's failure to file an opposition to defendants' motion to dismiss is deemed by this Court as plaintiff's consent to the granting of the same.  See Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion"); see also Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995)

ED CV 08-01838-SGL(JTLx)
RAMON FLORES v DEUTSCHE BANK TRUST COMPANY, ET AL.
MINUTE ORDER of January 29, 2009

(holding that district court did not err in summarily granting defendants' motion to dismiss pursuant to a local rule where the pro se plaintiff had time to respond to motion but failed to do so).

    Accordingly, defendants' motion to dismiss is **GRANTED** and all the claims in the complaint are hereby **DISMISSED**.

    The previously noticed February 9, 2009, hearing on the motion to dismiss is hereby **VACATED**.

    IT IS SO ORDERED.